**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>DIA MOHAMMAD, Plaintiff<br><br>v.<br><br>ROHR LUX MOTORS, INC., d/b/a LIBERTYVILLE MITSUBISHI, INC. | Case Number: FILED: AUGUST 26, 2008<br>08CV4881<br>JUDGE MANNING<br>MAGISTRATE JUDGE DENLOW<br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DIA MOHAMMAD, Plaintiff

NAME (Type or print)
Kevin Vodak

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Kevin Vodak

FIRM  Council on American-Islamic Relations

STREET ADDRESS  28 E. Jackson Blvd. Suite 1410

CITY/STATE/ZIP  Chicago, IL 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6270773      TELEPHONE NUMBER  312-212-1520

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL