## United States District Court for the Northern District of Illinois

Case Number: 08CV4881    Assigned/Issued By: DAJ

Judge Name: MANNING    Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:*  [✓] $350.00  [ ] $39.00  [ ] $5.00
              [ ] IFP       [ ] No Fee  [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3053662

Date Payment Rec'd: 08/26/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____
                                          _____
                                          (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _08/26/08_ as to _DEF._____
                               (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05